In re SOUTHERN BOULEVARD RY. CO. (Supreme Court, General Term, First Department. May 17, 1895.) No opinion. Order affirmed, with costs, on opinion of Van Brunt, P. J., 58 Hun, 597, 12 N. Y. Supp. 466.

STANDARD FERTILIZER CO., Appellant, v. CHENEY, Respondent. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by the Standard Fertilizer Company against Edward D. Cheney. No opinion. Judgment affirmed, with costs.

STYNE v. NEW YORK, L. E. & W. RY. CO. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by William Styne against the New York, Lake Erie & Western Railway Company. No opinion. Judgment affirmed, with costs. CULLEN, J., not sitting.

TALCOTT, Respondent, v. NATIONAL CREDIT INS. CO., Appellant (two cases). (Supreme Court, General Term, First Department. April 11, 1895.) Action by James Talcott against the National Credit Insurance Company. J. B. Green, for appellant. T. G. Strong, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

THIELE, Appellant, v. PIERSON et al., Respondents. (Supreme Court, General Term, First Department. April 11, 1895.) Action by Emil Thiele against William G. Pierson and another. No opinion. Order affirmed, with $10 costs and disbursements.

TOWN OF ANDES, Appellant, v. GLEASON et al., Respondents. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by the town of Andes against John B. Gleason and others. No opinion. Judgment affirmed, with one bill of costs to respondents, and printing disbursements to all respondents.

UNION INS. CO. OF PHILADELPHIA et al., Respondents, v. CENTRAL TRUST CO. OF NEW YORK et al., Appellants. (Supreme Court, General Term, First Department. May 17, 1895.) Action by the Union Insurance Company of Philadelphia and the Insurance Company of the State of Pennsylvania against the Central Trust Company of New York, the Continental Insurance Company of the City of New York, impleaded with Kate E. Dimick, as executrix under the last will and testament of Lorenzo Dimick, deceased. William Allen Butler, for appellants. Treadwell Cleveland, for respondents.

PER CURIAM. Judgment affirmed, with costs, on the opinion of the special term (32 N. Y. Supp. 838), and on the opinion reported in 13 N. Y. Supp. 17.

VAN WIE, Respondent, v. EMMONS et al., Appellants. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by Irvin Van Wie against Stephen A. Emmons and John Y. McKane. No opinion. Judgment affirmed, with costs.

WADE, Respondent, v. GOLDSMITH, Appellant. (Supreme Court, General Term, First Department. April 11, 1895.) Action by Charles H. Wade against Solomon Goldsmith. L. Marshall, for appellant. No opinion. Order reversed, and motion granted, with costs.

WALLACE, Appellant, v. KAEMPF, Respondent. (Common Pleas of New York City and County, General Term. March, 1895.) Action by Thomas P. Wallace, surviving partner, etc., against Herman Kaempf. George William Wallace, for appellant. Hahn, Myers & Bronner, for respondent. No opinion. Judgment affirmed, with costs. See 31 N. Y. Supp. 1134.

WASHBURN, Respondent, v. DETTINGER, Appellant. (Supreme Court, General Term, Third Department. May 24, 1895.) Action by Hiram L. Washburn, as receiver, against Andrew Dettinger. No opinion. Decision and order amended as asked in the moving papers. See 27 N. Y. Supp. 540.

In re WAY'S WILL. (Supreme Court, General Term, Third Department. May 14, 1895.) No opinion. Decree of the surrogate affirmed, with costs and disbursements of this appeal. See 27 N. Y. Supp. 235.

WHITE v. FRANKEL et al. (Supreme Court, General Term, First Department. May 17, 1895.) Action by Sarah A. White against Dionis Frankel and another. I. L. Bamberger, for appellants. E. B. Southworth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 33 N. Y. Supp 1.

WOODBRIDGE et al., Respondents, v. WISE et al., Appellants. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Joseph L. Woodbridge and others against John S. Wise and others. R. L. Harrison, for appellants. E. Masten, for respondents. No opinion. Judgment affirmed, with costs, on opinion of referee.

YOUNG, Respondent, v. JORDAN, Appellant. (Supreme Court, General Term, Third Department. May 29, 1895.) Action by Lewis A. Young against Clark L. Jordan. No opinion. Judgment affirmed, with costs and disbursements.